1  DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
2  E-Mail: diana@kglegal.com
JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
E-Mail: jackie@kglegal.com
4  KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
5  E-Mail: karen@kglegal.com
KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139-5974
7  Telephone: (702) 485-3300
Facsimile: (702) 485-3301
8  *Attorney for Defendant/Counterclaimant/Cross-Claimant,*
*SFR Investments Pool 1, LLC*

9

**UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

| 12 | THE BANK OF NEW YORK MELLON | Case No.:  2:17-cv-01030-MMD-GWF |

12  THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK, AS
13  TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWALT,
14  INC., ALTERNATIVE LOAN TRUST 2005-
1CB, MORTGAGE PASS-THROUGH
15  CERTIFICATES, SERIES 2005-1CB,

16                        Plaintiff,

17  vs.

18  JEAN BIRMINGHAM; MORTGAGE
ELECTRONIC REGISTRATION
19  SYSTEMS, INC.; SFR INVESTMENTS
POOL 1, LLC; PEARL COVE II
20  HOMEOWNERS ASSOCIATION; DOE
INDIVIDUALS I-X, inclusive; and ROE
21  CORPORATIONS I-X, inclusive,

22                        Defendants.

23  SFR INVESTMENTS POOL 1, LLC,

24            Counterclaimant/Cross-Claimant,

25  vs.

26  THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK, AS
27  TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWALT,

Case No.:  2:17-cv-01030-MMD-GWF

**ORDER GRANTING MOTION TO
SERVE JEAN BIRMINGHAM BY
PUBLICATION**

**-and-**

**ORDER GRANTING MOTION TO
ENLARGE TIME TO SERVE
SUMMONS AND CROSS-CLAIM**

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

- 1 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

INC., ALTERNATIVE LOAN TRUST 2005-
1CB, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-1CB;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. as
Nominee Beneficiary for MIRAD
FINANCIAL GROUP; JEAN
BIRMINGHAM, an individual,

       Counter-Defendant/Cross-Defendants.

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, JEAN BIRMINGHAM has been issued [ECF No. 32-1]; that Cross-Defendant, Birmingham is a necessary party; and that Cross-Defendant Birmingham cannot be found to be personally served in the State of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that since the Cross-Defendant, JEAN BIRMINGHAM, cannot now be found so as to be personally served, she may be served by publication of the Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation.

**IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim, and Cross-Claim shall be mailed forthwith to Cross-Defendant Birmingham, first class mail, postage prepaid, addressed to the Cross-Defendant's last known address.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

Dated this 14th day of ___September___, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

_/s/ Diana S. Ebron_____
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/*
*Cross-Claimant,*
*SFR Investments Pool 1, LLC*