DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005-1CB and Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB,<br><br>Plaintiff,<br><br>vs.<br><br>JEAN BIRMINGHAM, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SFR INVESTMENTS POOL 1, LLC, PEARL COVE II HOMEOWNERS ASSOCIATION, DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-01030-MMD-GWF<br><br>**STIPULATION AND ORDER OF DISCLAIMER OF INTEREST AND DISMISSAL** |

43912300;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Crossclaimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee beneficiary for MIRAD FINANCIAL GROUP; JEAN BIRMINGHAM, an individual, | |
| Counter/Crossdefendants. | |

Mortgage Electronic Registration Systems, Inc. (**MERS**) and SFR Investments Pool I, LLC (**SFR**) stipulate as follows:

1. WHEREAS, MERS claims no legal right, title, or interest in the deed of trust recorded in the Clark County recorder's office against the property located at 1837 East El Campo Grande Ave., N. Las Vegas, Nevada 89081 (the **Property**) on October 31, 20085, as Instrument No. 20051031-0006941 and MIN No. 1000713-0004600298-2.

2. WHEREAS, MERS, its successors and assigns expressly disclaim any and all right, title, and interest in the Property which it obtained solely pursuant to the above-referenced deed of trust.

3. WHEREAS, SFR agrees, based upon MERS's disclaimer set forth herein, that MERS should be dismissed from this action, with prejudice; and

43912300;1

4. WHEREAS, based upon MERS's disclaimer set forth herein, SFR and MERS agree to bear their own attorney's fees and costs.

SO STIPULATED THIS this 23rd day of January, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| By: */s/ Natalie L. Winslow*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89144<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005-1CB and Mortgage Electronic Registration Systems, Inc.* | By: */s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool I, LLC* |

43912300;1

# ORDER

Having reviewed the parties stipulation and good cause appearing,

IT IS ORDERED that, based upon MERS's disclaimers set forth herein, MERS is dismissed from this case, with prejudice, each party to bear its own attorney's fees and costs.

**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 25, 2018

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43912300;1