UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB,<br><br>Plaintiff,<br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01030-MMD-GWF<br><br>ORDER |

Before the Court are Plaintiff Bank Of New York Mellon, formerly known as The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005-1CB and Defendant Jean Birmingham's responses (ECF Nos. 91, 92) to the Court's prior minute order (ECF No. 84) inquiring as to the status of Plaintiff's claims against Birmingham. The parties' responses have made clear that Birmingham claims no further interest in the property at issue in this case, and Plaintiff agrees to dismiss Birmingham from this case without prejudice. However, Birmingham did not stipulate to her dismissal from this case because she would like to be dismissed with prejudice. (ECF Nos. 91, 92.) Because Birmingham claims no further interest in the subject property, but the Court has not ruled on the merits of Plaintiff's claim against Birmingham, the Court finds it appropriate to dismiss Birmingham from this case without prejudice. Further, the Court will accordingly dismiss Birmingham's motion to dismiss (ECF No. 19) as moot.

It is therefore ordered that Defendant Jean Birmingham is dismissed from this case without prejudice.

It is further ordered that Defendant Jean Birmingham's motion to dismiss (ECF No. 19) is denied as moot.

DATED THIS 11th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE