Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB,<br><br>Plaintiff,<br><br>vs.<br><br>JEAN BIRMINGHAM, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SFR INVESTMENTS POOL 1, LLC, PEARL COVE II HOMEOWNERS ASSOCIATION, DOE INDIVIDUALS I-X, ; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01030-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINES**<br>**(First Request)** |

The parties, by and through their respective attorneys, stipulate as follows:

1. The Bank Of New York Mellon Fka The Bank Of New York, As Trustee For The Certificateholders Of CWALT Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005-1CB ("BNYM") filed its Motion for Summary Judgment on April 19, 2019. [ECF. No. 94].

2. Responses to BNYM's Motion for Summary Judgment are due May 10, 2019.

3. Pearl Cove II Homeowners Association ("HOA") and SFR Investments Pool 1, LLC are requesting until May 22, 2019 to respond to BNYM's Motion for Summary Judgment.

4. There is good cause to extend the response deadline to BNYM's Motion for Summary Judgment. Both the HOA and SFR need more time to fully brief the issues in BNYM's Motion for Summary Judgment. The requested extension is limited and will not unduly delay resolution of this matter.

…

…

…

…

…

…

…

5. To coordinate responses and replies, based on this request, the Parties also stipulate to move BNYM's date to file its response to the HOA and SFR's motions for summary judgment.

| | |
|---|---|
| Dated: May 10, 2019.<br><br>HALL, JAFFE & CLAYTON, LLP<br><br>By: */s/Ashlie L. Surur*<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Pearl Cove II Homeowners Association* | Dated: May 10, 2019.<br><br>AKERMAN, LLP<br><br>By: */s/Darren T. Brenner*<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>Jamie K. Combs, Esq.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for The Bank Of New York Mellon* |
| Dated: May 10, 2019.<br><br>KIM GILBERT EBRON<br><br>By: */s/Jacqueline A. Gilbert*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

IT IS SO ORDERED.

DATED: May 13, 2019

_____
UNITED STATES DISTRICT COURT JUDGE