Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/Cross-Claimant,
SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB,<br><br>Plaintiff,<br><br>vs.<br><br>JEAN BIRMINGHAM; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SFR INVESTMENTS POOL 1, LLC; PEARL COVE II HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN | Case No.: 2:17-cv-01030-MMD-EJY<br><br>**NOTICE OF SETTLEMENT**<br><br>**AND**<br><br>**STIPULATION TO STAY PROCEEDINGS** |

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as Nominee Beneficiary for MIRAD FINANCIAL GROUP; JEAN BIRMINGHAM, an individual,<br><br>Counter-Defendant/Cross-Defendants. |

PLEASE TAKE NOTICE that plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005-1CB (BNYM) and defendant SFR Investments Pool 1, LLC (SFR) have reached a settlement that includes multiple properties, including the Property at issue in this case. The settlement will resolve all claims between SFR and BANA.

Based on the confidential settlement agreement, BANA and SFR have agreed to stay litigation while the Parties determine if a condition precedent occurs. This will also provide an opportunity for BNYM to discuss the potential for settlement as to its claims against Pearl Cove II Homeowners Association. Accordingly, the Parties[1] stipulate to stay further proceedings for 90 days and either reset the hearings on the summary judgment motions or set a status check in the event BANA and SFR have not dismissed the claims against each other.

///

///

///

///

---

[1] Cross-defendant Jean Birmingham has not appeared in the case and Clerk's Default wasentered on October 12, 2017. Counsel for BNYM also represents MERS.

The Parties are cognizant that this Court has reached out to set a hearing on this matter on either March 3 or 4th, 2020 in Reno. The Parties request the stay in the interest of preserving judicial resources and, as set forth above, on the basis of a material term of the Settlement Agreement.

.

DATED this 11th day of February, 2020.

| **KIM GILBERT EBRON** | **AKERMAN, LLP** |
|---|---|
| */s/ Jacqueline A. Gilbert*<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Phone: 702-485-3300<br>E-mail: jackie@kgelegal.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Natalie L. Winslow*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Phone: 702-634-5000<br>E-mail: Natalie.winslow@akerman.com<br><br>*Attorneys for The Bank of New York Mellon, as Trustee and Mortgage Electronic Registration Systems, Inc.* |
| | **HALL, JAFFE & CLAYTON, LLP**<br><br>*/s/ Ashlie L. Surur*<br>ASHLEY L. SURER, ESQ.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>Phone; 702-316-4111<br>E-mail: asurur@lawhjc.com<br><br>*Attorneys for Pearl Cove II Homeowners Association* |

## **ORDER**

IT IS SO ORDERED.

DATED: February 11, 2020

United Stated District Court Judge