NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Cir. Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  natalie.winslow@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005-1CB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB,<br><br>Plaintiff,<br><br>vs.<br><br>JEAN BIRMINGHAM, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SFR INVESTMENTS POOL 1, LLC, PEARL COVE II HOMEOWNERS ASSOCIATION, DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:   2:17-cv-01030-MMD-EJY<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Page **1** of **3**

53731367;1

SFR INVESTMENTS POOL 1, LLC,

        Counter/Crossclaimant,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee beneficiary for MIRAD FINANCIAL GROUP; JEAN BIRMINGHAM, an individual,

        Counter/Crossdefendants.

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP. The undersigned requests that Mr. Brenner be removed from the service list.

Akerman LLP continues to serve as counsel for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005-1CB in this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

53731367;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Natalie L. Winslow, Esq. and Nicholas E. Belay, Esq.

DATED this 29th day of October, 2020

**AKERMAN LLP**

*/s/ Nicholas E. Belay*
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Cir., Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005-1CB*

## COURT APPROVAL

IT IS SO ORDERED.

Date: Oct. 29, 2020

UNITED STATES MAGISTRATE JUDGE
Case No.: 2:17-cv-01030-MMD-EJY