NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Cir. Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005-1CB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB,<br><br>Plaintiff,<br><br>vs.<br><br>JEAN BIRMINGHAM, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SFR INVESTMENTS POOL 1, LLC, PEARL COVE II HOMEOWNERS ASSOCIATION, DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:   2:17-cv-01030-MMD-EJY<br><br>**STIPULATION AND ORDER TO LIFT STAY FOR LIMITED PURPOSE OF ENTERING JUDGMENT AS TO PEARL COVE II HOMEOWNERS ASSOCIATION** |

55240180;1

1  SFR INVESTMENTS POOL 1, LLC,

2             Counter/Crossclaimant,

3  vs.

4  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee beneficiary for MIRAD FINANCIAL GROUP; JEAN BIRMINGHAM, an individual,

           Counter/Crossdefendants.

The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005-1CB (**BoNYM**), SFR Investments Pool 1, LLC (**SFR**), and Pearl Cove II Homeowners Association (**HOA**), by and through their respective counsel of record, stipulate and agree as follows:

1. BoNYM filed a complaint against defendants on April 10, 2017. (ECF No. 1)
2. A notice of settlement between BoNYM and SFR was filed on February 11, 2020. (ECF No. 110). A stipulation to stay the case pending this settlement was filed on May 18, 2020. (ECF No. 113). As part of the stipulation, the parties noted that BoNYM and the HOA had also reached a settlement and were working to finalize the agreement.
3. BoNYM and the HOA have now finalized the settlement for their portion of the case. As part of the settlement, BoNYM and the HOA have agreed to the terms in the concurrently filed stipulation and order to enter judgment in favor of BoNYM and against the HOA.
4. The parties therefore agree there is good cause to lift the stay for the limited purpose of entering judgment pursuant to BoNYM and the HOA's concurrently filed stipulation.

. . .

**AKERMAN LLP**
1635 Village Center Cir. Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

5. BoNYM and SFR continue to finalize settlement documents as to their respective claims against each other. This stipulation does not affect these claims. The parties respectfully request the court reinstitute the stay following entry of BoNYM and the HOA's stipulated judgment.

Dated this 23rd day of November, 2020.

| **Akerman LLP** | **Hall Jaffe & Clayton, LLP** |
|---|---|
| */s/  Nicholas E. Belay, Esq.*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon* | */s/ Ashlie L. Surur, Esq.*<br>ASHLIE L. SURUR, ESQ.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Pearl Cove II Homeowners Association* |
| **KIM GILBERT EBRON**<br><br>*/s/  Chantel M. Schimming, Esq.*<br>Chantel M. Schimming, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | |

## ORDER

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**

DATED:   November 23, 2020

55240180;1